

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00558-CV

Natural Soda LLC and Enirgi Group Corporation
v.
Bunnett & Co., Inc.; Energy Feeds International, LLC; and William E. Bunnett

On Appeal from the
200th District Court of Travis County, Texas
Trial Cause No. D-1-GN-15-005653

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART AND REVERSED AND RENDERED IN PART. The Court orders the judgment of the trial court AFFIRMED IN PART AND REVERSED AND RENDERED IN PART consistent with its opinion.

Costs of the appeal are adjudged 50% against the appellant, NATURAL SODA, and SURE TEC INSURANCE as surety on the supersedeas bond, and 50% against appellees. Judgment is rendered in part against the appellant, NATURAL SODA, and, SURE TEC INSURANCE as surety on the supersedeas bond.

We further order this decision certified below for observance.

April 23, 2020